THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorneys
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3749
     Facsimile: (213) 894-0142
     timothy.searight@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    ) No.  CV 07-5968-WDK
                             )      (CR 01-959-WDK)
          Plaintiff/Respondent,  )
                             ) ORDER
               v.            )
                             )
DONALD CRAIG MCCANEY,        )
                             )
          Defendant/Petitioner.  )
_____ )


     In the above-captioned matter, the court hereby orders that
the government response to defendant's motion filed pursuant to
28 U.S.C. § 2255 is due on or before February 22, 2008.
Defendant's reply, if any, is due March 22, 2008.

     IT IS SO ORDERED.

DATED: January 11, 2008
                              _____
                              HONORABLE WILLIAM D. KELLER
                              United States District Judge